IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BILLIE JOE CHAPMAN, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:17CV137 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY DEPT. OF CORRECTIONS DOUGLAS COUNTY NEBRASKA, | ) ) ) | ORDER |
| | ) | |
| Respondent. | ) | |

| BILLIE JOE CHAPMAN, | ) ) | |
|---|---|---|
| | ) | 8:17CV165 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MARK FOXHALL, Warden/C.E.O., SEAN LYNCH, Douglas County Attorney, and BRENDA LEUCK, Public Defender of Douglas, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

For among other reasons, because the § 2241 petition in 8:17CV137 has been dismissed,

IT IS ORDERED that the motions to consolidate cases 8:17CV165 (filing no. 4) and 8:17CV137 (filing no. 9) are denied.

DATED this 1st day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge